## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

KIMBERLY BRUCK,  )
  )
    Plaintiff,  )
  )  No. 3:12-cv-00045
v.  )  Chief Judge Haynes
  )
KOHL'S DEPARTMENT STORES, INC.,  )
  )
    Defendant.  )

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy

in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty

(30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 24th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court